OF TEXAS
P.O. BOX 12308, Capital Station
Austin, Texas 78711

47,079-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 24 2015

Abel Acosta, Clerk

Ex parte

O. Z. Fowler

RE: Writ No. W97-00847-K (B)

## Motion For Writ Of Mandamus

Dear Honorable said Judge of this Court:

Comes Now, O. Z. Fowler, pro se Ex parte and moves this cited court to grant his motion For Writ of mandamus to order the Clerk of the Criminal District Court No. 4, Dallas County, Texas to transmit his filed 11.07 Writ of Habeas Corpus and The Courts Findings of Fact And Conclusions of Law As was Order by Honorable Judge John Creuzot on Oct. 4, 2001 persuant to Tex. Crim. Code Proc. Ann. Art. 11.01 section which at mall time has expired to said Order.

Applicant now requests a copy of timely filed Order which Court designates to issues to be investigated or state that Relator has not filed a said application for Writ of Habeas Corpus with the Clerk of Dallas County of said District Court No. 4 of Texas. McCree v. Hampton, 824 S.W. 2d 578, 579 (Tex. Crim. App. 1992) and pursuant to Texas Code of Crim. Proc. ANN. Art. 4.04 Sec. 1, giving The Court of Criminal appeals jurisdiction to grant said Writ of mandamus.

## Prayer

Where fore, Premises Considered, the relator ask that this cited motion in this foregoing cause be granted and Order by said Court,

Respectfully Submitted on the 18th of Sept., 2015,

× O.Z. Fowler

₡ 0284046 Michael Unit
2664 Fm 2054
Tennessee Colony, Tx, 75886